We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. The motion court's findings of fact and conclusions of law are not clearly erroneous. Rule 24.035(k). An opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).

## ORDER

PER CURIAM.

Roger Roderick appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. The motion court's conclusions of law are not clearly erroneous. We affirm. Rule 84.16(b)(5).

**Roger RODERICK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97188.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 13, 2012.

Roxanna A. Mason, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

**Michael KWIATKOWSKI,**
**Claimant/Respondent,**

v.

**ABC SUPPLY COMPANY, INC.,**
**Employer/Appellant,**

and

**Treasurer of Missouri as Custodian of the Second Injury Fund, Additional Party/Respondent.**

**No. ED 97199.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 13, 2012.

William Lemp, St. Louis, MO, for Appellant.

Michael T. Finneran, Office of the Attorney General, Nile D. Griffiths, St. Louis, MO, for Respondents.